Order issued January 3, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01387-CV

## IN RE TRACY NIXON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 00-14691-T**

# ORDER

Before Justices O'Neill, Francis, and Murphy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas

corpus. We **ORDER** that relator bear the costs of this original proceeding.

MARY MURPHY
JUSTICE